Frank Woodson
Navan Ward
**BEASLEY, ALLEN, CROW, METHVIN,**
**PORTIS & MILES, P.C.**
218 Commerce Street
P.O. Box 4160
Montgomery, Alabama 36103
Telephone: 334-269-2343
Facsimile: 334-954-7555
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | **MDL NO. 1699** <br> **District Judge:  Charles R. Breyer** |
| This Document Relates To: | |
| *Judy Shearer, et al. vs. Pharmacia Inc, et al.* <br> (05-4581 CRB) | **STIPULATION AND ORDER OF** <br> **DISMISSAL WITH PREJUDICE** |
| *Barbara J. Williams vs. Pfizer Inc, et al.* <br> (06-1670 CRB) | |
| *Michele Walker, et al. vs. Pfizer Inc, et al.* <br> (06-1878 CRB) | |
| *Stephanie Shearer vs. Monsanto Company, et al.* <br> (06-1902 CRB) | |
| *Joe Vega, et al. vs. Pfizer Inc, et al.* <br> (06-2440 CRB) | |
| *Brad Henry Taylor vs. Pfizer Inc, et al.* <br> (06-2577 CRB) | |
| *James Preston Taylor vs. Pfizer Inc, et al.* <br> (06-2863 CRB) | |
| *John H. Roberts, Jr. vs. Pfizer Inc, et al.* <br> (06-3062 CRB) | |
| *Patsy Lynn Stegall vs. Pfizer Inc, et al.* <br> (06-3084 CRB) | |

-1-

1

2
*Andrea Sanborn, et al. vs. Pfizer Inc, et al.*
(06-3100 CRB)

3
*Barbara Smith, et al. vs. Pfizer Inc, et al.*
(06-3102 CRB)

4

5
*Arnold Swick vs. Pfizer Inc*
(06-3304 CRB)

6
*Corrine Morrisette vs. Pfizer Inc, et al.*
(06-3363 CRB)

7

8
*Sylvia Wingard vs. Pfizer Inc, et al.*
(06-3653 CRB)

9
*Susan Smith vs. Pfizer Inc, et al.*
(06-3951 CRB)

10

11
*Clarence Edward Smith vs. Pfizer Inc, et al.*
(06-3957 CRB)

12
*Mary Vernick vs. Pfizer Inc, et al.*
(06-4102 CRB)

13

14
*Patricia Ann Kennedy Watson vs. Pfizer Inc, et al.*
(06-4285 CRB)

15

16
*Marvin Rogers vs. G.D. Searle LLC, et al.*
(06-4514 CRB)

17
*Shirley Lindeen vs. G.D. Searle LLC, et al.*
(06-4515 CRB)

18

19
*Colleen Nagle Mehegan, et al. vs. Pfizer Inc, et al.*
(06-4547 CRB)

20

21
*Charles Snodgrass vs. Pfizer Inc, et al.*
(06-4661 CRB)

22
*John Vandale vs. Pfizer Inc, et al.*
(06-5257 CRB)

23

24
*William Coulson, et al. vs. Pfizer Inc, et al.*
(06-5261 CRB)

25
*Dick Shepherd vs. Pfizer Inc, et al.*
(06-5417 CRB)

26

27
*Robin Morrison, et al. vs. Pfizer Inc, et al.*
(06-6900 CRB)

28
*Rosa Cebreros, et al. vs. Pfizer Inc, et al.*

-2-

1   (06-7003 CRB)

2   *Marsha Fiorini, et al. vs. Pfizer Inc, et al.*
  (06-7113 CRB)

3

4   *Florence Salle vs. Pfizer Inc, et al.*
  (06-7207 CRB)

5   *Jimmie A. Scott vs. Pfizer Inc, et al.*
  (06-7259 CRB)

6

7   *William Edward Simpson vs. Pfizer Inc, et al.*
  (07-0972 CRB)

8   *Terry Vintson vs. Pfizer Inc, et al.*
  (07-0977 CRB)

9

10   *Deanna L. Walston vs. Pfizer Inc, et al.*
  (07-1318 CRB)

11   *Louis Romanelli vs. Pfizer Inc, et al.*
  (07-2631 CRB)

12

13   *Johnnie L. West vs. Pfizer Inc, et al.*
  (07-5687 CRB)

14   *Lyle McNeal (MO), et al. vs. Pfizer Inc, et al.*
  (07-5915 CRB)

15

16   *Gene Summers vs. Pfizer Inc, et al.*
  (08-0259 CRB)

17   *Maria Avendano vs. Pfizer Inc, et al.*
  (08-1099 CRB)

18

19   *Mary Woodall vs. Pfizer Inc, et al.*
  (08-1183 CRB)

20   *Mildred Sturdavant vs. Pfizer Inc, et al.*
  (08-1976 CRB)

21

22   *Netra Thomas vs. Pfizer Inc, et al.*
  (08-2110 CRB)

23   *John Denton vs. Pfizer Inc, et al.*
  (08-2459 CRB)

24

25   *Joanne Schwandt vs. Pfizer Inc, et al.*
  (08-2604 CRB)

26   *Donald Schwanke vs. Pfizer Inc, et al.*
  (08-3709 CRB)

27

28   *Cheryl Samuel vs. Pfizer Inc, et al.*
  (09-0888 CRB)

-3-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42592415.1

1

2      Come now Plaintiffs in the above-entitled actions and Defendants, by and through the

3   undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

4   stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with

5   each side bearing its own attorneys' fees and costs.

6

7      DATED: 10·29, 2009      By: _____

8                                 **BEASLEY, ALLEN, CROW, METHVIN,**
                                  **PORTIS & MILES, P.C.**
9                                 218 Commerce Street
                                  P.O. Box 4160
10                                Montgomery, Alabama 36103
                                  Telephone: 334-269-2343
11                                Facsimile: 334-954-7555

12                                *Attorneys for Plaintiffs*

13
        DATED: Oct. 29, 2009      By: _____
14

15                                **DLA PIPER LLP (US)**
16                                1251 Avenue of the Americas
                                  New York, New York 10020
17                                Telephone: 212-335-4500
                                  Facsimile: 212-335-4501

18                                *Defendants' Liaison Counsel*

19

20

21   **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,**
     **IT IS SO ORDERED.**
22

23      **NOV 1 3 2009**
        Dated: _____
24                                Hon. Charles R. Breyer
                                  United States District Court
25

26

27

28

                                  -4-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**